UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 1:18-24137-CIV-ALTONAGA/Goodman**

| | |
|---|---|
| PAUL CAMHI Individually and on Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) vs. ) ) OPKO HEALTH, INC., *et al*., ) ) Defendants. ) ) ) | <u>CLASS ACTION</u> |

**<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

Case No. 1:18-24137-CIV-ALTONAGA/Goodman

PLEASE TAKE NOTICE that plaintiff Paul Camhi, by and through his undersigned counsel and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses without prejudice his complaint in the action styled *Camhi v. Opko Health, Inc.*, No. 1:18-cv-24137-CMA (S.D. Fla.), as substantially similar cases are currently pending in the United States District Courts for the District of New Jersey and the Southern District of New York, as well as before other courts in this District.  See *Kerznowski v. Opko Health Inc.*, No. 2:18-cv-13834-SRC-CLW (D.N.J.); *Adsport, Inc. v. Opko Health, Inc.*, No. 1:18-cv-08456-ER (S.D.N.Y.); *Steinberg v. Opko Health, Inc. et al.*, No. 1:18-cv-23786-JEM (S.D. Fla.); and *Brennan v. Opko Health, Inc.*, No. 1:18-cv-23924-KMW (S.D. Fla.).  No defendant in this action has answered or filed for summary judgment, and a class has not been certified in this action.

DATED:  November 28, 2018

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE
Florida Bar No. 058149
SABRINA E. TIRABASSI
Florida Bar No. 0025521

*s/ Jack Reise*
JACK REISE

120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
stirabassi@rgrdlaw.com

- 2 -

Case No. 1:18-24137-CIV-ALTONAGA/Goodman

    ROBBINS GELLER RUDMAN
      & DOWD LLP
    DANIELLE S. MYERS
    JUAN CARLOS SANCHEZ
    655 West Broadway, Suite 1900
    San Diego, CA  92101
    Telephone:  619/231-1058
    619/231-7423 (fax)

*Counsel for Plaintiff Paul Camhi*

- 3 -

Case No. 1:18-24137-CIV-ALTONAGA/Goodman

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 28, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*s/ Jack Reise*
JACK REISE